1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRENCE ING,

        Plaintiff,

  v.

AMERICAN AIRLINES,

        Defendant.

_____/

No. C 06-02873 WHA

**ORDER DENYING STIPULATION AND REQUEST FOR CONTINUANCE**

      The Court has received the parties' stipulation regarding defendant's motion for summary judgment. The parties are free to conduct anticipated discovery as described in the stipulation, however, the last day to file dispositive motions in this case is **DECEMBER 28, 2006**. Any dispositive motions filed on this date must be heard on the 35-day track as described in the case management order. Accordingly, the parties' stipulation is **DENIED** for failing to set a hearing date within the deadline for filing dispositive motions.

      The defendant is to withdraw its motion for summary judgment and may refile it no later than **DECEMBER 28, 2006**. Plaintiff's opposition shall be due **JANUARY 11, 2007**. Defendant's response shall be due **JANUARY 18, 2007**. The hearing shall be held **THURSDAY, FEBRUARY 1, 2007, AT 8:00 A.M.**

      The hearing on defendant's motion for summary judgment scheduled for Thursday, December 7, 2006 at 8:00 a.m. is **VACATED**.

Dated:  November 20, 2006



_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE