IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRENCE ING,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN AIRLINES, a corporation doing business in the State of California, and DOES 1 through 20, inclusive,<br><br>    Defendants. | No. C 06-02873 WHA<br><br>**NOTICE RE FRIDAY HEARING** |

Bring to the hearing on Friday all expert reports, deposition exhibits for experts, and any other materials you may rely on. The hearing is in-person, in the courtroom **AT 9:00 A.M.**

**IT IS SO ORDERED.**

Dated: January 24, 2007

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE