United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRENCE ING,

    Plaintiff,

  v.

AMERICAN AIRLINES,

    Defendant.
                               /

No. C 06-02873 WHA

**ORDER RE FINAL PRETRIAL CONFERENCE**

    The final pretrial conference in this action is hereby **MOVED** to **MONDAY, MARCH 5, 2007, AT NOON.** Plaintiff's and defendant's motions will be heard at that time.

    The Court has received defendant's motion for leave to file a motion for reconsideration and plaintiff's opposition to the same. Counsel should come to the final pretrial conference prepared to address any discrepancies between the nomograph, the declarations presented on summary judgment, and the deposition of plaintiff Terrence Ing. Ing must be present at the final pretrial conference in case the Court wishes to examine him under oath.

    **IT IS SO ORDERED.**

Dated: February 28, 2007

                                       WILLIAM ALSUP
                                       UNITED STATES DISTRICT JUDGE