| | |
|---|---|
| 1 | **RIMAC & MARTIN**<br>**a Professional Corporation** |
| 2 | JOSEPH M. RIMAC, ESQ. - SBN 72381<br>WILLIAM REILLY, ESQ. - SBN 177550 |
| 3 | w_reilly@rimacmartin.com<br>1051 Divisadero Street |
| 4 | San Francisco, California 94115<br>Telephone: (415) 561-8440 |
| 5 | Facsimile: (415) 561-8430 |
| 6 | Attorneys for Defendant<br>AMERICAN AIRLINES, INC. |
| 7 | |
| 8 | Corey A. Evans (SBN 218789)<br>Geneva Page (SBN 235633) |
| 9 | **EVANS & PAGE**<br>1210 - 22nd Street |
| 10 | San Francisco, CA 94107<br>Telephone: (415) 695-0951 |
| 11 | Facsimile: (415) 358-5855 |
| 12 | Attorneys for Plaintiff<br>TERRENCE ING |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| TERRENCE ING, | ) |
| Plaintiff, | ) **CASE NO. C 06 2873 WHA** |
| vs. | ) **JOINT PROPOSED EQUIPMENT**<br>) **ORDER FOR MARCH 19, 2007 TRIAL** |
| AMERICAN AIRLINES; a corporation doing business in the State of California; and DOES 1 through 20, inclusive, | ) Original complaint filed: March 29, 2005<br>) Jury trial date: March 19, 2007 |
| Defendants. | ) |

-1-

**JOINT PROPOSED EQUIPMENT ORDER**      **CASE NO. C 06 2873 WHA**

The parties have agreed to use a 42 inch monitor to present evidence to the jury. Thus, the parties request that the Court issue an this Order permitting them to bring the following equipment to trial on March 19, 2007:

1. 42 inch monitor screen;
2. Table/Stand for the 42 inch monitor screen;
3. Wires to connect the 42 inch monitor screen to laptop computers and electricity; and
4. Laptop computers.

**SO ORDERED.**

DATED: March 16, 2007

_____
THE HONORABLE WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

*[Seal: United States District Court, Northern District of California — "IT IS SO ORDERED" — Judge William Alsup]*