| | |
|---|---|
| 1 | **RIMAC & MARTIN**<br>**a Professional Corporation** |
| 2 | JOSEPH M. RIMAC, ESQ. - SBN 72381<br>WILLIAM REILLY, ESQ. - SBN 177550 |
| 3 | w_reilly@rimacmartin.com<br>1051 Divisadero Street |
| 4 | San Francisco, California 94115<br>Telephone: (415) 561-8440 |
| 5 | Facsimile: (415) 561-8430 |
| 6 | Attorneys for Defendant<br>AMERICAN AIRLINES, INC. |
| 7 | |
| 8 | Corey A. Evans (SBN 218789)<br>Geneva Page (SBN 235633) |
| 9 | **EVANS & PAGE**<br>1210 - 22nd Street |
| 10 | San Francisco, CA 94107<br>Telephone: (415) 695-0951 |
| 11 | Facsimile: (415) 358-5855 |
| 12 | Attorneys for Plaintiff<br>TERRENCE ING |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*E-FILING*

| | |
|---|---|
| TERRENCE ING, | ) **CASE NO. C 06 2873 WHA** |
| Plaintiff, | ) |
| vs. | ) **STIPULATION AND ORDER OF DISMISSAL** |
| AMERICAN AIRLINES; a corporation doing business in the State of California; and DOES 1 through 20, inclusive, | ) |
| Defendants. | ) |

---

-1-

**STIPULATION OF DISMISSAL**                   **CASE NO. C 06 2873 WHA**

1       IT IS HEREBY STIPULATED by and between the parties to this action, TERRENCE ING and AMERICAN AIRLINES through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41.

      Each party shall bear its own costs and attorneys' fees in this action.

      SO STIPULATED.

      Respectfully submitted,

RIMAC & MARTIN, P.C.

DATED: March 18, 2007     By: /s/ **WILLIAM REILLY**
WILLIAM REILLY
Attorneys for Defendant
AMERICAN AIRLINES, INC.

EVANS & PAGE

DATED: March 18, 2007     By: /s/ **COREY A. EVANS**
COREY A. EVANS
Attorneys for Plaintiff
TERRENCE ING

**ORDER**

**SO ORDERED.**

DATED: March 19, 2007
_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED — Judge William Alsup*

---

-2-

STIPULATION OF DISMISSAL         CASE NO. C 06 2873 WHA