IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRENCE ING,

    Plaintiff,

  v.

AMERICAN AIRLINES,

    Defendant.
                               /

No. C 06-02873 WHA

**ORDER RE ASSESSMENT OF JURY FEES FOR LATE NOTIFICATION OF SETTLEMENT**

      The stipulated dismissal was filed on Sunday, March 18, at 12:27 p.m., the day before the scheduled trial. This filing came too late to avoid the summoning of and notice to potential jurors to appear on the morning of trial.

      Therefore, pursuant to Local Rule 40-1 (as well as paragraph 35 of the guidelines for jury trials before the undersigned), the jury attendance fees will be charged against the party who demanded a jury. Here, that was plaintiff Terrence Ing. The amount to be reimbursed is $2,452.80, by check to be made out to Clerk, United States District Court.

      On or before **MARCH 22, 2007, AT NOON**, either side may file a declaration showing cause why the fee should not be apportioned as indicated. Otherwise, please pay on or before **MARCH 23, 2007, AT NOON.**

      **IT IS SO ORDERED.**

Dated: March 19, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE